# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　　　　　Plaintiff,<br>　　vs.<br>**WILLIAM BRUCE VIVERS(1)**,<br><br>　　　　　　　　　　　　　　Defendant. | CASE NO. **12CR4067-CAB**<br><br>**JUDGMENT AND ORDER OF DISMISSAL OF INFORMATION** |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing, the Information in the above entitled case is dismissed with prejudice.

**IT IS SO ORDERED**.

Dated: _10/8/2013_____.

　　　　　　　　　　　　　　　　　　　　　_/s/ Barbara L. Major_____
　　　　　　　　　　　　　　　　　　　　　**HONORABLE BARBARA L. MAJOR**
　　　　　　　　　　　　　　　　　　　　　**United States Magistrate Judge**